UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro VERA ANGEL,

                              Petitioner,

              -against-

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Kristi NOEM in her official
capacity as Secretary of Homeland Security; Pam
BONDI, in her official capacity as Attorney
General,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/8/2026_____

26 Civ. 1295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Petitioner, Alejandro Vera Angel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on February 13, 2026. *See* ECF No. 1. By order dated February 24, 2026, the Court granted that petition. ECF No. 9. The government confirmed that it released Vera Angel from custody at 5:05 p.m. on February 24 and has complied with the terms of the Court's February 24 order. Gov. Ltr., ECF No. 10 (February 26, 2026).

The Court has received no further submissions and considers the case concluded. Accordingly, the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: April 8, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge