**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Alejandro VERA ANGEL,

                         Petitioner,                  26 **CIVIL** 1295 (AT)

         -against-                               **JUDGMENT**

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Kristi NOEM in her official
capacity as Secretary of Homeland Security; Pam
BONDI, in her official capacity as Attorney
General,

                         Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated February 24, 2026 and Order dated April 8, 2026, the Petition is

GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
            April 9, 2026


                                       **TAMMI M. HELLWIG**
                                             **Clerk of Court**

                   **BY:**

                                          **Deputy Clerk**